UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| ROBERT CANCEL, JR.<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN FIBER CONNECT, LLC and BRANDON SNYDER, individually,<br><br>Defendants. | Civil Action No.: 3:26-cv-00005-TES<br><br>Order for Mediation and to Extend Discovery |

**ORDER FOR MEDIATION AND TO EXTEND DISCOVERY**

This case is before the Court on the Parties' *Stipulation to Extend Discovery and Referral to U.S. Magistrate for Mediation* (ECF# 21.) The parties have jointly moved this Court to mediate this case before a United States Magistrate Judge while preserving their respective positions, claims, and defenses. For good cause shown, the Parties' stipulation and joint motion is GRANTED. The Court ORDERS as follows.

1. This case is REFERRED to United States Magistrate Judge Weigle for the purpose of conducting mediation. The parties are directed to complete mediation as soon as it can be scheduled with the assigned Magistrate Judge or, at the latest, within thirty (30) days of this Order.

2. Within five days following completion of mediation, the parties will jointly report to the Court whether or not the matter has been resolved.

3. Discovery will close on October 30, 2026, with dispositive motions due within thirty days of that date.

IT IS SO ORDERED this 20 day of August, 2026.

s/Tilman E. Self, III
The Honorable Tillman E. Self, III
United States District Court Judge